UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE,<br><br>        Plaintiff,<br><br>    vs.<br><br>KRANTZ, et al.,<br><br>        Defendants. | 1:20-cv-00892-NONE-GSA-PC<br><br>**ORDER DENYING REQUEST FOR INITIATION OF SERVICE**<br>**(ECF No. 10.)** |

## I. BACKGROUND

Cory James White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 29, 2020. (ECF No. 1.)

On November 10, 2020, Plaintiff filed a request for the court to initiate service of process upon the defendants in this case. (ECF No. 10.) Plaintiff requests the court to serve a copy of the Complaint on each defendant.

## II. SCREENING AND SERVICE OF PROCESS

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or

malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. ' 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, initiate service of the Complaint only after the court has screened the Complaint and determined that it contains cognizable claims for relief against the named defendants.

Here, Plaintiff's Complaint awaits the court's screening and therefore it is not time for service.  Therefore, Plaintiff's request shall be denied.

**III.  CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for initiation of service of process, filed on November 12, 2020, is DENIED.

IT IS SO ORDERED.

Dated:   **November 18, 2020**                          **/s/ Gary S. Austin**
                                                                             UNITED STATES MAGISTRATE JUDGE