UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE,<br><br>  Plaintiff,<br><br>  vs.<br><br>KRANTZ, et al.,<br><br>  Defendants. | 1:20-cv-00892-ADA-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 22.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF AS MOOT**<br><br>**(ECF No. 20.)** |

   Cory James White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 17, 2022, findings and recommendations were issued, recommending that Plaintiff's motion for preliminary injunctive relief, filed on July 8, 2022, be denied.  (ECF No. 22.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day deadline has passed, and Plaintiff has not filed objections. (Court record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the Magistrate Judge on October 17, 2022, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on July 8, 2022, is DENIED.

IT IS SO ORDERED.

Dated:   February 14, 2023

_____
UNITED STATES DISTRICT JUDGE