UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE,<br><br>    Plaintiff,<br><br> v.<br><br>RON KRANTZ, et al.,<br><br>    Defendants. | No. 1:20-cv-00892 KES GSA (PC)<br><br>ORDER ACKNOWLEDGING BUT DECLINING TO CONSIDER DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT<br><br>(ECF No. 43)<br><br>ORDER DIRECTING DEFENDANTS TO COMPLY WITH DIRECTIONS IN COURT'S JUNE 5, 2025, STAY ORDER<br><br>(See ECF No. 41)<br><br>DEFENDANTS' COMPLIANCE WITH STAY ORDER DUE IN SEVEN DAYS |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  Before this Court is Defendants' motion for an extension of time to file a response to Plaintiff's complaint. ECF No. 43. For the reasons stated below, the Court will acknowledge but decline to consider the motion at this time pending Defendants' compliance with the Court's stay

1

order issued June 5, 2025. See ECF No. 41. Defendants will be given one week to comply with that order.

## I. RELEVANT FACTS

On March 31, 2025, the Court ordered Plaintiff's complaint served.[1] ECF No. 37. Thereafter, on June 3, 2025, Defendants filed their signed notice of waiver of service. ECF No. 40. Two days later, the Court referred this matter to its Early Alternative Dispute Resolution Program, and it stayed this case for 120 days. ECF No. 41 at 2. During the stay period, no other documents were to be filed in this case. Id.

In the order, Defendants were also given sixty days to meet and confer with Plaintiff in order to determine whether the parties wished to either continue participation in the program and request that a settlement conference be calendared, or to opt out and proceed to trial. ECF No. 41 at 1-2. After conferring with Plaintiff, defense counsel was to inform the Court which course of action Defendants wished to take. Id. at 2.

To date, Defendants have neither filed a motion to opt out of the Court's Early ADR Program and proceed to trial, nor filed a request to have a settlement conference calendared. Instead, counsel for Defendants has filed the instant request for an extension of time to file a response to Plaintiff's complaint. ECF No. 43.

## II. DEFENDANTS' EXTENSION OF TIME REQUEST

Defendants' extension request asks for a forty-five-day extension of time to file a response to Plaintiff's first amended complaint. ECF No. 43 at 1, 3. Counsel for Defendants, Deputy Attorney General, John W. Nam, avers in part that the additional time is necessary so that he can receive and review records from Plaintiff's central file as well as other records that he has requested but has yet to receive. Id. at 3 (Decl. of DAG J.W. Nam).

---

[1] Prior to this, the matter had been on interlocutory appeal in the Ninth Circuit. See ECF Nos. 30, 34, 35 (Plaintiff's notice of appeal; Ninth Circuit dispositive order, and Ninth Circuit mandate, respectively).

2

III. <u>DISCUSSION</u>

The Court acknowledges Defendants' request for an extension of time to file a response to Plaintiff's complaint. However, given that: (1) Defendants have not complied with the Court's June 5, 2025, order which directed their counsel either to file a request to opt out of the Early ADR Program or to request that a settlement conference be calendared, and (2) the Court's order specifically forbid the parties from filing other documents during the stay period, the Court will decline to consider the motion pending Defendants' compliance with the stay order issued June 5, 2025. After counsel for Defendants has done so, the Court will consider Defendants' extension of time request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court ACKNOWLEDGES but DECLINES TO CONSIDER at this time Defendants' extension of time request filed July 3, 2025. <u>See</u> ECF No. 43;

2. Within seven days from the date of this order, Defendants shall COMPLY with the Court's stay order issued June 5, 2025 (<u>see</u> ECF No. 41), by either:

   a. FILING a request to opt out of the Court's Early Alternative Dispute Resolution Program, or

   b. FILING notice with the Court that the parties wish to participate in a settlement conference, and

3. Defendants shall have seven days to comply with this order.

IT IS SO ORDERED.

Dated: **July 7, 2025**            **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

3