**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY JAMES WHITE, | No. 1:20-cv-0892 KES GSA (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS** |
| v. | **AD TESTIFICANDUM** |
| RON KRANTZ, et al., | |
| Defendants. | |

Cory James White, CDCR #AP-6653, is necessary and material in a settlement conference in this case on September 16, 2025, is confined in California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by Zoom video conference from his place of confinement, on September 16, 2025, at 9:30 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate e-mail;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at CMF at (707) 469-6006 or via e-mail, and

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of CMF 1600 California Drive, Vacaville, CA 95687:**

**WE COMMAND** you to produce the inmate named above to appear at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**August 8, 2025**__     _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE