UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RON KRANTZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00892-KES-CDB<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE A DISCOVERY AND SCHEDULING ORDER** |

　　　　Plaintiff Cory James White is appearing pro se and *in forma pauperis* in this civil rights action.

　　　　Following a settlement conference before Magistrate Judge Carolyn K. Delaney on September 16, 2025, during which the parties did not settle their dispute, and Defendants' answer to the operative complaint filed October 31, 2025, it appears discovery is appropriate given this action's procedural posture.

　　　　Therefore, the undersigned directs the Clerk of the Court to issue a Discovery and Scheduling Order in this case.

IT IS SO ORDERED.

Dated:　__**November 3, 2025**__　　　　　　　__/s/ signature__

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE