IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORY JAMES WHITE,** | Case No. 1:20-cv-00892-KES-CDB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING AND EXTEND DEADLINES FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **KRANTZ, et al.,** | |
| Defendants. | (Doc. 67) |

Pending before the Court is the motion of Defendants Gonzales, Howard, Krantz, and Lindsay for order staying the deadlines for briefing on Plaintiff's pending Motion for Summary Judgment (Doc. 66) by 120 days (Doc. 67). Having considered Defendants' motion and the accompanying declaration of counsel, the Court finds good cause exists to **GRANT** the motion.

Accordingly, briefing is temporarily stayed. The deadline for Defendants to file their opposition to Plaintiff's Motion for Summary Judgment is extended from May 6, 2026, to **September 3, 2026**. Plaintiff's reply, if any, must be filed on or before **September 17, 2026**.

IT IS SO ORDERED.

Dated:   **May 4, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

---

Order Grnt'g Defs.' Mot. to Stay Briefing Deadlines for Plaintiff's Mot. for Summ. J. (1:20-cv-00892-KES-CDB)