UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JAMES WHITE,<br>Plaintiff,<br>v.<br>RON KRANTZ, et al.,<br>Defendants. | Case No.: 1:20-cv-00892-KES-CDB (PC)<br>**ORDER DIRECTING CLERK OF THE COURT TO UPDATE PLAINTIFF'S ADDRESS AND TO RE-SERVE CERTAIN ORDERS**<br>**ORDER RESETTING RELEVANT DEADLINES** |

Plaintiff Cory James White is appearing pro se and *in forma pauperis* in this civil rights action.

**I. RELEVANT BACKGROUND**

In its order of October 22, 2026, the Court provided that the "deadlines for taking Plaintiff's deposition, Defendants' opposition to Plaintiff's summary judgment motion, and for the filing of pretrial dispositive motions" would be reset after Plaintiff was returned to the custody of the California Department of Corrections and Rehabilitation (CDCR). (*See* Doc. 88.)

On November 2, 2026, Defendants filed a status report indicating Plaintiff has been returned to CDCR custody and is presently incarcerated at Wasco State Prison (WSP). (Doc. 89.) Defendants represent that while Plaintiff should be able to participate in a deposition soon, because WSP is a reception center, it is likely that Plaintiff will be moved to more permanent

housing elsewhere. (*Id.* at 1.) As a result, Plaintiff's housing and location remain uncertain. (*Id.*) Defendants ask the Court to reset the relevant deadlines only after Plaintiff has filed a notice of change of address because "attempting to set a deposition date would be tenuous, and Defendants are unable to properly serve a deposition notice upon Plaintiff to his address of record." (*Id.* at 1-2.)

## II. DISCUSSION

Initially, the Court notes that its order issued and served to Plaintiff on October 14, 2026, was returned marked Undeliverable, Return to Sender, Refused, Unable to Forward, and Not in Custody on October 26, 2026. Therefore, it expects the order issued October 22, 2026, will be similarly returned.

Next, Defendants' status report indicates Plaintiff has been returned to CDCR custody and is presently being held at the reception center at WSP. As of today's date, however, a search of CDCR's California Incarcerated Records and Information Search (CIRIS) tool reveals that Plaintiff is now incarcerated at the California Medical Facility (CMF) in Vacaville. *See* https://ciris.mt.cdcr.ca.gov/results?lastName=white&firstName=cory, as of 11/3/2026.

Therefore, the Court will direct the Clerk of the Court to update Plaintiff's address of record and to re-serve its two most recent orders. Further, the Court will reset the relevant deadlines.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. The Clerk of the Court is **DIRECTED** to:
    a. Update Plaintiff's address of record to reflect he is presently incarcerated at CMF and to include his CDCR number of AP6653; and
    b. Re-serve Plaintiff with the orders issued October 14, 2026 (Doc. 86) and October 22, 2026 (Doc. 88);
2. The deadline for taking Plaintiff's deposition is set for **December 31, 2026**; and

//

//

3. The deadline for Defendants' opposition to Plaintiff's summary judgment motion *and* for the filing of any pretrial dispositive motions is set for **March 1, 2027**.

IT IS SO ORDERED.

Dated: **November 3, 2026**

UNITED STATES MAGISTRATE JUDGE